UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                    :
PEDRO HIDALGO,                                      :
                                                    :
                    Plaintiff,                      :
                                                    :
        -against-                                   :        04-CV-2992 (ERK)
                                                    :
JO ANNE BARNHART,                                   :        **ORDER**
COMMISSIONER OF SOCIAL SECURITY,                    :
                                                    :
                    Defendant.                      :
                                                    :
--------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT  E.D.N.Y.

★ June 10 2005 ★

BROOKLYN OFFICE

KORMAN, Chief Judge.

The Commissioner's request for remand for further administrative proceedings pursuant to

the fourth sentence of 42 U.S.C. § 405(g) is granted. The decision of the Commissioner is vacated

and the case is remanded for compliance with the May 17, 2001 order of the Appeals Council. On

remand, the ALJ is instructed to conduct a hearing. Additionally, Carolyn Kubitschek, Esq. is

appointed to represent Mr. Hidalgo.

<u>**SO ORDERED:**</u>

                                        s/Edward R. Korman
Dated: June 7, 2005                     Edward R. Korman
Brooklyn, New York                      United States District Judge

1